UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.  4:11CR057 RWS NAB |
| SALVADOR LOPEZ-HUICHAPA, | ) ) ) |
| Defendant. | ) |

## ORDER AND SPEEDY TRIAL FINDING

This Court set October 3, 2011 as the deadline to file pretrial motions in this case.  On September 19, 2011, Defendant filed a Memorandum Waiving Evidentiary Hearing and Pre-Trial Motions.[Doc. #471].  A waiver hearing has been scheduled for October 5, 2011.  On September 27, 2011, counsel entered an appearance on behalf of Defendant and on September 30, 2011 counsel filed a motion to continue the October 5, 2011 hearing.  As grounds for this request, Counsel stated that she has entered her appearance on the case and received discovery, but has not had time to review the discovery or to discuss this matter with the Defendant.  Defendant has not withdrawn his memorandum waiving the pretrial motions.

For good cause shown,

**IT IS HEREBY ORDERED** that Defendant's request to continue the October 5, 2011 hearing [Doc.#499] is **GRANTED.**  The waiver hearing is rescheduled for **October 14, 2011 at 9:30 a.m.**

This Court entered an Order and Speedy Trial Act Finding on June 29, 2011 [Doc. #298] and made a finding that this is a complex case as defined in Title 18, United States Code, Section 3161(h)(7)(B)(ii). In addition, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(i) the trial of this

matter should be continued past the limits set by the Speedy Trial Act because the ends of justice served by continuing this case outweigh the best interest of the public and the defendants in a speedy trial, the case is so unusual and so complex that it is unreasonable to expect adequate preparation for pretrial proceedings and the failure to exclude this period would likely result in a miscarriage of justice.

          /s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 4th day of October, 2011.